**Appellee's Motion to Dismiss Appeal Denied; Appeal Dismissed and Memorandum Opinion filed March 16, 2021.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-20-00559-CV

---

### TIFFANY CARROLL-CURTIS, Appellant

### V.

### ESPERANZA BEATRIZ VASQUEZ, Appellee

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-88886**

---

### MEMORANDUM OPINION

This attempted appeal is from an order of constructive, criminal contempt signed July 24, 2020. The validity of a contempt order cannot be attacked by direct appeal. *See Ex parte Williams*, 690 S.W.2d 243, 243 n. 1 (Tex.1985).

On February 19, 2021, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellant

filed a response demonstrating grounds for continuing the appeal on or before March 1, 2021. *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

We dismiss the appeal.[1]


PER CURIAM


Panel consists of Justices Bourliot, Zimmerer, and Spain.

---

[1] Appellee's motion to dismiss the appeal is denied.